BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INGRID ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02042-CMK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from July 15, 2015 to August 14, 2015, in which to file her Opposition to Plaintiff's Opening Brief.

    This is Defendant's first request for an extension. Defendant makes this request due to the workload demands of the counsel assigned to this case. For example, counsel is responsible for briefing dispositive motions in 15 federal court cases between July 10, 2015 and August 12, 2015, as well as other agency matters.

Stip for EOT, 2:14-cv-02042-CMK            1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: July 15, 2015                By: /s/ *Marla K. Letellier*
                                    MARLA K. LETELLIER
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


Dated: July 15, 2015                By: /s/ *Jared T. Walker*
                                    JARED T. WALKER
                                    Attorney for Plaintiff
                                    (as approved by email on July 14, 2015)


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: July 17, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:14-cv-02042-CMK                 2