BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INGRID ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02042-CMK<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from August 14, 2015 to September 14, 2015,  in which to file her Opposition to Plaintiff's Opening Brief.

    This is Defendant's second request for an extension.  Defendant makes this request in order to provide the parties with additional time to pursue possible settlement of this matter.

Stip for EOT, 2:14-cv-02042-CMK          1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: August 14, 2015          By: /s/ *Marla K. Letellier*
                                MARLA K. LETELLIER
                                Special Assistant United States Attorney
                                Attorneys for Defendant

Dated: August 14, 2015          By: */s/ Jared T. Walker*
                                JARED T. WALKER
                                Attorney for Plaintiff
                                (as approved by email on August 14, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  August 18, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE