BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INGRID ANDERSON, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>    Defendant. ) | CIVIL NO. 2:14-cv-02042-CMK<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 15 day extension, from September 14, 2015 to September 29, 2015,  in which to file her Opposition to Plaintiff's Opening Brief.

    This is Defendant's third request for an extension.  Defendant makes this request in order to provide the parties with additional time to pursue possible settlement of this matter.  Defendant apologizes for the additional delay but sincerely believes that the additional time could result in settlement of this matter.

Stip for EOT, 2:14-cv-02042-CMK            1

This request is not meant to cause intentional delay.

Respectfully submitted,

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: September 12, 2015        By: /s/ *Marla K. Letellier*
                                        MARLA K. LETELLIER
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

Dated: September 12, 2015        By: /s/ *Jared T. Walker*
                                        JARED T. WALKER
                                        Attorney for Plaintiff
                                        (as approved by email on September 11, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  September 17, 2015

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE