BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INGRID ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02042-CMK<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an   Administrative Law Judge ("ALJ") and will instruct the ALJ to take the following action:

    1.    Provide the Plaintiff with an opportunity for a new hearing;

Stip for Remand, 2:14-cv-02042-CMK       1

2. Evaluate and provide rationale for the weight given to the medical opinions of record, including but not limited to the opinions of consulting psychiatrist Brock L. Fowler, Psy.D.;

3. Re-assess the Plaintiff's credibility in conjunction with the medical opinions of record and medical evidence as a whole;

4. Evaluate and provide rationale as to whether Plaintiff has a spinal impairment that meets or medically equals a listed impairment set forth in 20 C.F.R. Part 404, Subpart P, Appendix 1;

5. Consider lay witness testimony of record;

6. Re-assess the claimant's residual functional capacity; and

7. Re-assess, with the assistance of a vocational expert if necessary, the steps four and five determinations as to the claimant's ability to perform work that exists in significant numbers in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                Respectfully submitted,

                BENJAMIN WAGNER
                United States Attorney

Dated: October 27, 2015        By: /s/ *Marla K. Letellier*
                MARLA K. LETELLIER
                Special Assistant United States Attorney
                Attorneys for Defendant

Dated: October 27, 2015        By: */s/ Jared T. Walker*
                JARED T. WALKER
                Attorney for Plaintiff
                (as approved by email on October 23, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 29, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE